```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION


IN RE: JOHN MORAN JOHNSON                    )
                                             )
                                             )
AMERICAN HOME MORTGAGE SERVICING, INC.       )
AS SUCCESSOR IN INTEREST TO OPTION ONE       )
MORTGAGE,                                    )
                       Creditor,             )
                                             )
    vs.                                      ) CASE NO. 06B13544
                                             ) JUDGE JACK B. SCHMETTERER
JOHN MORAN JOHNSON,                          )
                       Debtor                )
                                             )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes American Home Mortgage Servicing, Inc. as successor in interest to Option One Mortgage, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the September 1, 2009 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of August 3, 2009.

   a. Attorney's Fees              $250.00

   b. Post petition payment 9/1/09   $2,549.66

   c. Property Inspections          $283.05

   d. Suspense                      $300.19

   Total                            $2,782.52

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, American Home Mortgage Servicing, Inc. as successor in interest to Option One Mortgage rights to collect these amounts will remain unaffected.

    Respectfully Submitted,
American Home Mortgage Servicing, Inc. as successor in interest to Option One Mortgage

/s/Toni Dillon
Toni Dillon
ARDC#6289370

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088